IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE GRIMES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:23-cv-03357-KNS |
| IMMACULATA UNIVERSITY, | : |
| Defendants. | : |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff Diane Grimes and Defendant Immaculata University, by and through their undersigned attorneys, hereby stipulate and agree that the time for Defendant Immaculata University to answer or otherwise respond to Plaintiff's Complaint is hereby extended to September 28, 2023.

**GRIESING MAZZEO LAW, LLC**                **KAUFMAN DOLOWICH, LLP**

By: /s/ *Francine Friedman Griesing*         By: _Eileen Monaghan Ficaro_
    Francine Friedman Griesing, Esq.                 Gregory S. Hyman, Esq.
    Jessica L. Tarapchak, Esq.                        Eileen Monaghan Ficaro, Esq.
    1880 John F. Kennedy Blvd                         Frantz J. Duncan, Esq.
    Suite 1800                                        1650 Market Street, Suite 4800
    Philadelphia, PA 19103                            Philadelphia, PA 19103

    *Counsel for Plaintiff Diane Grimes*              *Counsel for Defendant,*
                                                      *Immaculata University*

Dated: September 21, 2023                            Dated: September 21, 2023


**SO ORDERED:**

_____
                              J.