IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE GRIMES  *Plaintiff,* | : :  : |
| v. | : CIVIL NO. 23-3357 : |
| IMMACULATA UNIVERSITY  *Defendant.* | : : : |

## ORDER

**AND NOW**, this **25th** day of **January 2024**, upon consideration of Plaintiff's Motion for Leave to File a Supplemental Complaint (ECF No. 18) and Plaintiff's Motion to Compel Discovery Responses and Entry to the Premises Located at 1145 West King Road in Immaculata, Pennsylvania and to Extend by Sixty Days All Scheduling Order Deadlines (ECF No. 19), it is **hereby ORDERED** that Defendant must submit responses to these motions by **February 2, 2024.**

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge