IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE GRIMES, | : | |
| | : | |
| Plaintiff, | : | Case no. 2:23-cv-03357-KNS |
| | : | |
| v. | : | |
| | : | |
| IMMACULATA UNIVERSITY, | : | |
| | : | |
| Defendants. | : | |

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S JANUARY 24, 2024 MOTION TO COMPEL (DOC. NO. 19) AND EXTENDING THE DEADLINES SET FORTH IN THE OCTOBER 26, 2023 SCHEDULING ORDER (DOC. NO. 15)**

Plaintiff Diane Grimes and Defendant Immaculata University, by and through their undersigned counsel, hereby stipulate and agree that the deadline for Defendant Immaculata University to respond to Plaintiff's Motion to Compel (Doc. No. 19) is hereby extended to February 9, 2024. Additionally, the Parties hereby stipulate and agree to extend by sixty (60) days all deadlines contained in the October 26, 2023 Scheduling Order (Doc. No. 15) for the the above-captioned matter.

**GRIESING MAZZEO LAW, LLC**

By:  /s/ *Melissa Hazell Davis, Esq.*
    Francine Friedman Griesing, Esq.
    Melissa Hazell Davis, Esq.
    Jessica L. Tarapchak, Esq.

    *Counsel for Plaintiff Diane Grimes*

**KAUFMAN DOLOWICH, LLP**

By:  /s/ *Eileen Monaghan Ficaro*
    Gregory S. Hyman, Esq.
    Eileen Monaghan Ficaro, Esq.
    Frantz J. Duncan, Esq.

    *Counsel for Defendant,*
    *Immaculata University*

**SO ORDERED:**

_____
                                    J.