IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANE GRIMES,** | : |
| *Plaintiff*, | : |
| v. | : CIVIL NO. 23-3357 |
| **IMMACULATA UNIVERSITY,** | : |
| *Defendant.* | : |

## ORDER

**AND NOW**, this **8th** day of **October 2024**, upon consideration of Plaintiff's oral motion, made this date, for partial unsealing of the transcript of the hearing of August 29, 2024 on the Motion of Griesing Mazzeo Law LLC's Motion for Leave to Withdraw as Counsel for Plaintiff (ECF No. 45), which motion is not opposed by Defendant, it is hereby **ORDERED** as follows:

1. Plaintiff shall be permitted to obtain a copy of the hearing transcript at her own expense; and

2. Plaintiff and her counsel shall treat the transcript as confidential and shall not use or disclose the transcript except for their use in this litigation or any related matters.

BY THE COURT:

Hon. Kai N. Scott
**United States District Judge**