# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE GRIMES, *Plaintiff,* | : : : |
| v. | : CIVIL NO. 23-3357 : |
| IMMACULATA UNIVERSITY, *Defendant.* | : : : |

## ORDER

**AND NOW**, this **10th** day of **December 2024**, it is **hereby ORDERED** that this case is **REFERRED** to the Honorable Elizabeth T. Hey, United States Magistrate Judge, for a settlement conference.

BY THE COURT:

*/S/ Kai N. Scott*
**HON. KAI N. SCOTT**
**United States District Court Judge**