IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE GRIMES | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| IMMACULATA UNIVERSITY | : | |
| | : | NO.  23-3357 |
| | : | |

ORDER

AND NOW, this 10th day of February, 2025, the court not yet having been advised following the December 13 settlement conference whether the matter has resolved, it is ORDERED that no later than end of business on February 21, 2025, counsel shall advise Judge Hey's chambers at whether the matter can be dismissed as settled.

BY THE COURT:

/s/ ELIZABETH T. HEY

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE