IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE GRIMES | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | :    CIVIL ACTION NO. 2:23-cv-3357-KNS |
| | : |
| IMMACULATA UNIVERSITY | : |
| | : |
| Defendant. | : |

### STIPULATION OF WITHDRAWAL OF NOTICE OF CHARGING LIEN

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE** that Griesing Law, LLC, formerly known as Griesing Mazzeo Law, LLC (the "Griesing Firm"), formerly counsel to Plaintiff Diane Grimes in this action, Plaintiff Diane Grimes, and her current counsel David F. McComb, and Zarwin Baum DeVito Kaplan Schaer & Toddy, P.C., have entered the following Stipulation to be entered with the Court.

### STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** between the undersigned, Griesing Law, LLC, formerly known as Griesing Mazzeo Law, LLC, formerly counsel to Plaintiff Diane Grimes in this action, on the one hand, and Plaintiff Diane Grimes, and her current counsel David F. McComb, and Zarwin Baum DeVito Kaplan Schaer & Toddy, P.C., on the other hand, that the Notice of Charging Lien filed by the Griesing Firm on September 30, 2024 (ECF No. 61), is dismissed with prejudice, each party to bear its own fees and costs.

Dated:  April 17, 2025

Respectfully submitted,

**GRIESING LAW, LLC**

*/s/ Francine Friedman Griesing, Esq.*
Francine Friedman Griesing, Esq.
18 Campus Boulevard, Suite 100
Newtown Square, PA 19703
(215) 460-7389
fgriesing@griesinglaw.com

and

 /s/ *David F. McComb, Esq.*
**DAVID F. McCOMB, ESQ.**
 **ZARWIN BAUM DEVITO KAPLAN SCHAER
     TODDY PC**
**On behalf of Diane Grimes, Zarwin Baum
DeVito Kaplan Schaer Toddy, P.C. and David F.
McComb, Esq**
 One Commerce Square
 2005 Market St., 16th Floor
 Philadelphia, PA 1910 19103
 215-569-2800
 dfmccomb@zarwin.com

## CERTIFICATE OF SERVICE

I certify that on April 17, 2025, I filed the foregoing Notice of Attorney's Charging Lien with this Court's electronic filing system, on all counsel of record as follows:

**KAUFMAN DOLOWICH LLP**
Gregory S. Hyman
Eileen Monaghan Ficaro
Frantz J. Duncan
1650 Market Street, Suite 4800
Philadelphia, PA 19103
(215) 501-7002
ghyman@kdvlaw.com
eficaro@kdvlaw.com
frantz.duncan@kdvlaw.com

**ZARWIN BAUM DEVITO KAPLAN SCHAER TODDY PC**
David F. McComb
One Commerce Square
2005 Market St., 16th Floor
Philadelphia, PA 1910 19103
215-569-2800
Email: dfmccomb@zarwin.com

*/s/ Francine Friedman Griesing, Esq.*
Francine Friedman Griesing, Esq.